Case Name:     BISCIOTTI, MARK
               DISILVESTRO, MICHELINA
Case No:       07-71334

## **CERTIFICATION OF REVIEW**

     The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated:   May 8, 2008          WILLIAM T. NEARY
                              United States Trustee, Region 11


                         BY:   */s/ Carole J. Ryczek*
                              CAROLE J. RYCZEK
                              Attorney for the U.S. Trustee