## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN

| | |
|---|---|
| IN RE:<br>BISCIOTTI, MARK<br>DISILVESTRO, MICHELINA<br><br>DISILVESTRO, MICHELE<br>Debtor(s)<br><br>Social Security/Employer Tax ID Number: xxx-xx-5011 | CHAPTER 7 -- Liquidation<br><br>CASE NO. 07-71334 MB<br><br>HONORABLE MANUEL BARBOSA |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR <u>COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)</u>

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At:   U.S. BANKRUPTCY COURT
         211 South Court Street, Room 220
         Rockford, IL 61101

   on:   **JUNE 11, 2008**
   at:   9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $   0.00 | 5,968.75 | |
| BERNARD J. NATALE<br>Trustee | $   0.00 | 5,750.13 | |
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $   0.00 | | 58.97 |

4. The Trustee's Final Report shows total:

|   |                                      |                |
|---|--------------------------------------|----------------|
| a. | Receipts                            | $   50,002.54  |
| b. | Disbursements                       | $        0.00  |
| c. | Net Cash Available for Distribution | $   50,002.54  |

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $250.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $37,974.69, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $139,843.28, resulting in an approximate distribution of 27.16% to unsecured creditors, plus interest.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

   See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: May 7, 2008

For the Court,

By:/s/ BERNARD J NATALE

Trustee

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: cshabez              Page 1 of 2            Date Rcvd: May 09, 2008
Case: 07-71334                Form ID: pdf002            Total Served: 43

The following entities were served by first class mail on May 11, 2008.
db          +Mark Bisciotti,    10800 Cambria Court,    Huntley, IL 60142-4049
jdb         +Michelina DiSilvestro,    10800 Cambria Court,    Huntley, IL 60142-4049
aty         +Richard T Jones,    138 Cass Street,    Woodstock, IL 60098-3254
tr          +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
              Rockford, IL 61108-2582
11395541     ABN Amro Mortgage,    4242 North Harlem Avenue,    Norridge, Illinois 60706-1283
11395542    +ABN Amro Mortgage,    c/o Codilis & Associates,    15W030 N. Frontage Rd., #100,
              Burr Ridge, IL 60527-6921
11395544    +AOL,   Cardmember Service,    Post Office Box 15153,    Wilmington, DE 19886-5153
11395545    +AOL Cardmember Service,    c/o Mann Bracken, LLC,    2727 Paces Ferry Rd.,    Atlanta, GA 30339-4053
11395548     AT&T Universal Card,    Post Office Box 8029,    S. Hackensack, NJ 07606-8029
11395543     American Express,    Customer Service,    Post Office Box 7863,    Ft. Lauderdale, FL 33329-7863
11435570    +American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
11635733     American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11395546    +Arrow Financial,    5996 W. Touhy Avenue,    Niles, IL 60714-4610
11395547    +Arrow Financial,    c/o Pioneer Credit Recovery, Inc.,    26 Edward Street,    Arcade, NY 14009-1012
11395549    +Atlantic City Court,    2715 Atlatnic Ave.,    Atlantic City, NJ 08401-6490
11395550     Bank of America,    Recovery Department,    Post Office Box 2278,    Norfolk, VA 23501-2278
11395551    +CB USA Sears,    c/o Pioneer Credit Recovery,    26 Edward Street,    Arcade, NY 14009-1012
11395552    +CB USA Sears,    Post Office Box 6189,    Sioux Falls, SD 57117-6189
11395553    +Chase Bank,    c/o Mann Bracken,    2727 Paces Ferry Road,    Atlanta, GA 30339-4053
11648505     Chase Bank USA,    c/o Weinstein & Riley, P.S.,,    PO Box 3978,    Seattle, WA 98124-3978
11395555     Chase Card Service,    Post Office Box 15129,    Wilmington, DE 19850-5129
11395554    +Chase Card Service,    c/o Mann Bracken, LLC,    2727 Paces Ferry Rd.,    Atlanta, GA 30339-4053
11395556    +Citi,   Box 6000,    The Lakes, NV 89163-0001
11395558     Citibank,    Post Office Box 45220,    Jacksonville, FL 32232-5220
11395557     Citibank,    c/o Blatt, Hasenmiller, et al,    Post Office Box 5463,    Chicago, IL 60680-5463
11395559     Citicard,    Post Office Box 44167,    Jacksonville, FL 32231-4167
11395560     Clare Swift,    1000 New Rd. Rt 9,    Somerspoint, NJ 08244
11395561    +Concetta DiSilvestro,    8122 W. 83rd Place,    Justice, IL 60458-2250
11395562    +Discover,    c/o Baker, Miller, Markoff, et al,    29 N. Wacker Drive, 5th Floor,
              Chicago, IL 60606-3227
11395564     Green Point Mortgage,    Post Office Box 1903,    Branford, CT 06405-8093
11395565    +Harris Bank,    3800 Golf Road, #300,    Post Office Box 8759,    Rolling Meadows, IL 60008-8759
11395567    +NJ AISSC,    Post SOffice box 4850,    Trenton, NJ 08650-4850
11395566     Nissan Motor Acceptance Corp.,    Attention: Bankruptcy,    Post Office Box 660366,
              Irving, Texas 75063-2438
11395568    +Northfield Municpal Court,    1600 Shore Road,    Northfield, NJ 08225-2251
11662633     State of New Jersey,    Surcharge Administration Office,    POB 136 4th Floor West,
              Trenton NJ 08666-0136
11395569    +Ventnor City Court,    6201 Ventnor Avenue,    Ventnor, NJ 08406-2235
11395570     Washington Mutual Card Services,    Post Office Box 9016,    Pleasanton, CA 94566-9016
11395571     Washington Mutual/Resurgent Cap.,    c/o Viking Collection Service, Inc.,    Post Office Box 59207,
              Minneapolis, MN 55459-0207

The following entities were served by electronic transmission on May 10, 2008.
11395563     E-mail/PDF: mrdiscen@discoverfinancial.com May 10 2008 03:47:26     Discover Financial Services,
              Post Office Box 8003,    Hilliard, Ohio 43026
11616078     E-mail/PDF: mrdiscen@discoverfinancial.com May 10 2008 03:47:26
              Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
11744205     E-mail/Text: resurgentbknotifications@resurgent.com                     LVNV Funding LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11744206     E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11744204     E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,    assignee of Citibank USA,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
              Rockford, IL 61108-2582
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3        User: cshabez          Page 2 of 2             Date Rcvd: May 09, 2008
Case: 07-71334              Form ID: pdf002        Total Served: 43

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 11, 2008**          **Signature:**     *Joseph Speetjens*