**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

May 31, 2008 through June 30, 2008
Primary Account: **000312111979365**

**CUSTOMER SERVICE INFORMATION**
Service Center:                 1-800-634-5273

00017017 DBI 802 24 18408 - NNNNN  1 000000000 60 0000
07-71334 BISCIOTTI MARK
DISILVESTRO MICHELINA DEBTOR
330370 BERNARD NATALE TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004



## CONSOLIDATED BALANCE SUMMARY

**ASSETS**

|  | ENDING BALANCE PRIOR PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|
| **Checking** | | |
| Bankruptcy Business Checking 000312111979366 | 0.00 | 0.00 |
| Total | $0.00 | $0.00 |
| **Savings** | | |
| Bankruptcy Business Money Market 000312111979365 | $50,012.43 | $0.00 |
| Total | $50,012.43 | $0.00 |
| **TOTAL ASSETS** | $50,012.43 | $0.00 |

**All Summary Balances** shown are as of June 30, 2008 unless otherwise stated.   For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.



# EXHIBIT C

